# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Eric StickleyCase Number: 0980 4:16CR06015-EFS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 5, 2016

Original Offense:Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:Prison - 33 Months;Type of Supervision: Supervised Release
TSR - 3 Years

Asst. U.S. Attorney:Alvin GuzmanDate Supervision Commenced: August 19, 2018

Defense Attorney:Federal Defenders OfficeDate Supervision Expires: August 18, 2021

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation NumberNature of Noncompliance

1**Standard Condition # 12**: The defendant must live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Stickley is alleged to have violated standard condition number 12 by changing his residence on or about September 10, 2018, without advising the undersigned officer. Furthermore, Mr. Stickley has since failed to provide his new address to the undersigned officer, and as a result his current whereabouts are unknown.

On September 7, 2018, Mr. David Eric Stickley signed his conditions relative to case number 4:16CR06015-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Stickley was made aware by his U.S. probation officer that he was required to advise the undersigned officer of any need to change his place of residence in advance, and not later than 72 hours of becoming aware of any change or expected change.

Specifically, on September 7, 2018, the undersigned officer conducted a release investigation on behalf of the client at an Oxford House located in the Spokane Valley. The address was approved following the investigation, and the client was subsequently approved to release to the address effective Monday, September 10, 2018, following the client's acquisition of funds needed to secure his placement.

On Thursday, September 13, 2018, the undersigned officer was able to telephonically contact the manager of the client's assigned Oxford House who indicated that the client had arrived on Monday as required, but that a subsequent urinalysis test had resulted in positive result for methamphetamine. Given the result, the client was advised that he would be unable to move into the residence as previously arranged. The client subsequently left the residence, and has not contacted staff at the Oxford House since.

The client has at no time advised the undersigned officer of any need to change his place of residence, and has not responded to text messaging or voice mails directing the client to both report to the undersigned officer in person and to contact the undersigned officer telephonically. As a result, the client's current whereabouts are unknown as of the writing of this report.

2          **Standard Condition # 18**: The defendant must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Stickley is alleged to have violated standard condition number 18 by failing to report to the U.S. probation office as directed on Wednesday, September 12, 2018.

On September 7, 2018, Mr. David Eric Stickley signed his conditions relative to case number 4:16CR06015-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Stickley was made aware by his U.S. probation officer that he was required to follow all instructions of the probation officer related to his conditions of supervised release.

Specifically, on September 10, 2018, the undersigned officer received notification from the director of the Spokane Residential Reentry Center (RRC) located in Spokane, advising that the client had submitted a positive Breathalyzer sample on Saturday (September 8, 2018) upon his return from work. It should be noted that while the client does not have a special condition restricting his use of alcohol, such use is a violation of RRC rules. Mr. Stickley was contacted telephonically on Monday, September 10, 2018, at which time he admitted to the use of alcohol, and was advised by the undersigned officer that given his progress, with the exception of his recent alcohol use while at the Spokane RRC, that he would be allowed to release on the day in question from the Spokane RRC to his acquired and approved residence located at an Oxford House in the Spokane Valley. Mr. Stickley was advised to report to the U.S. Probation Office in Spokane on Wednesday, September 12, 2018, by 11:00 a.m. to allow for the undersigned officer to address his admitted violation of RRC rules, and Mr. Stickley agreed to do so.

On September 12, 2018, Mr. Stickley failed to report as directed. The undersigned officer then left both a voice mail, and sent a text message to the client advising the client of his requirement to report on the day in question, and to contact the undersigned officer;

however, these requests went without response. Given Mr. Stickley's failure to report as directed, and his verified termination from his assigned Oxford House occurring on Monday, September 10, 2018, Mr. Stickley's whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 13, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

September 14, 2018

Date