PROB 12C
(6/16)

Report Date: December 27, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Eric Stickley                Case Number: 0980 4:16CR06015-EFS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 5, 2016

Original Offense:       Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 33 months                Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Meghan McCalla                    Date Supervision Commenced: August 19, 2018

Defense Attorney:       Paul E. Shelton                   Date Supervision Expires: August 18, 2021

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/14/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 24**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: Mr. Stickley is alleged to have violated special condition number 25, by absconding from the Spokane Residential Reentry Center (RRC) on or about December 21, 2018.

On September 7, 2018, Mr. Stickley signed his conditions relative to case number 4:16CR06015-EFS-1, indicating he understood all conditions as ordered by the Court. Additionally, Mr. Stickley appeared before the Court on November 6, 2018, for the purpose of a supervised release revocation hearing. Mr. Stickley was ordered to reside in a residential reentry center for a period up to 180 days at the direction of the supervising officer.

Prob12C
**Re: Stickley, David Eric**
**December 27, 2018**
**Page 2**

        Mr. Stickley released from the Spokane County Jail on November 20, 2018, and entered the RRC that same day. On December 21, 2018, Mr. Stickley approached staff at the RRC and stated "he was done." Mr. Stickley asked for his belongings and he departed the RCC. Mr. Stickley's whereabouts are currently unknown and it appears he has absconded from supervision.

4        **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

        **Supporting Evidence**: Mr. Stickley is alleged to have violated standard condition number 9 by failing to report to the U.S. Probation Office as directed on December 26, 2018.

        On September 7, 2018, Mr. Stickley signed his conditions relative to case number 4:16CR06015-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Stickley was made aware that he is to report to the probation officer as directed.

        On December 24, 2018, the supervising probation officer spoke with Mr. Stickley on the telephone. He was given specific instructions to report to the probation office on December 26, 2018. At that time, Mr. Stickley committed to reporting to the probation office as directed. Mr. Stickley failed to report as directed on December 26, 2018, and his whereabouts are currently unknown.

5        **Special Condition # 21**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Stickley is alleged to have violated special condition number 21 by using methamphetamine on or about December 21, 2018.

        On September 7, 2018, Mr. Stickley signed his conditions relative to case number 4:16CR06015-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Stickley was made aware that he is prohibited from using illegal controlled substances.

        On December 24, 2018, the supervising probation officer spoke with Mr. Stickley on the telephone. Mr. Stickley admitted to his supervising probation officer that he had used methamphetamine and had been awake for approximately the "last 4 days."

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant.**

Prob12C
**Re: Stickley, David Eric**
**December 27, 2018**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/27/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[XX] Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer
December 27, 2018

Date