PROB 12C
(6/16)

Report Date:  March 4, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Eric Stickley          Case Number: 0980 4:16CR06015-EFS-1

Address of Offender:                                          Kennewick, WA 99336

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 5, 2016

Original Offense:          Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:        Prison - 33 Months;                Type of Supervision: Supervised Release
                                     TSR - 36 Months

Asst. U.S. Attorney:     Meghan M. McCalla            Date Supervision Commenced: August 19, 2018

Defense Attorney:        Federal Defenders Office       Date Supervision Expires: August 18, 2021

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/14/2018, and 12/27/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime. |
| 7 | **Standard Condition # 3**: The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |

**Supporting Evidence**: Mr. Stickley is alleged to have violated standard condition numbers 1 and 3 by being arrested on February 27, 2019, in Kennewick, Washington, with charges being recommended for two counts of unlawful possession of a firearm.

On September 7, 2018, Mr. Stickley signed his conditions relative to case number 4:16CR06015-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Stickley was made aware of both standard condition number 1 and standard condition number 2 as listed above.

Prob12C
**Re: Stickley, David Eric**
**March 4, 2019**
**Page 2**

Specifically, on February 26, 2019, the undersigned officer received multiple automated law enforcement inquiries with respect to the client. On February 27, 2019, the undersigned officer received telephonic notification from the United States Marshals Service advising the client had been taken into custody in Kennewick, Washington, and was, at the time of arrest, alleged to be in possession of two firearms.

On March 1, 2019, the police report was received with respect to the incident. According to the police report, on February 26, 2019, officers responded to a request for service referencing a shoplifting call. At the time of the call for service, law enforcement had been previously made aware the client may have been in possession of the vehicle alleged to have been involved in the incident. Further investigation led officers to a residence located on East 2nd Avenue in Kennewick, Washington, and continued investigation revealed the client was alleged to have been in the residence and armed with what was described as an "AK-47 assault rifle".

After multiple hours of refusing to exit the residence, SWAT officers were ultimately successful in talking the client, and another third party, out of the residence at which time a search of the client's vehicle and the residence was conducted. Located as a part of the search conducted, were items described as a black Smith and Wesson MP 15-22, noted as having the safety off with a round in the chamber, a 9 mm Llama Parabellum handgun with no grip, noted as being fully loaded with a round in the chamber and the hammer cocked, a magazine and ammunition with respect to each weapon with the magazine for the handgun noted as being loaded, and a Blackhawk gun holster.

Unlawful Possession of a Firearm, should the client be convicted, is a violation of R.C.W. 9.41.040, and could be charged as either a class B or C Felony depending on the degree asserted.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 4, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

**Prob12C**
**Re: Stickley, David Eric**
**March 4, 2019**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[XX]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the
       case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

March 3, 2019
_____
Date