PROB 12C
(6/16)

| | |
|---|---|
| PROB 12C (6/16) | Report Date: May 9, 2019 |

# United States District Court

### for the

### Eastern District of Washington

<span style="color:red">FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2019

SEAN F. McAVOY, CLERK</span>

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Eric Stickley | Case Number: 0980 4:16CR06015-EFS-1 |

Address of Offender: Incarcerated - Benton County Jail

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 5, 2016

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 33 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Meghan M. McCalla | Date Supervision Commenced: August 19, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 18, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/14/2018, 12/27/2018, and 03/04/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Stickley is alleged to have violated standard condition number 1 by being charged with theft by criminal complaint on March 4, 2019. Theft, as articulated in the complaint, is a violation of Kennewick Municipal Code section 10.10.020, and is a gross misdemeanor. |
| | On September 7, 2018, Mr. Stickley signed his conditions relative to case number 4:16CR06015-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Stickley was made aware he was required to refrain from committing another federal, state or local crime. |
| | Specifically, according to the police reports, an affidavit of probable cause, and a criminal complaint received relative to this matter, on February 26, 2019, a Kennewick Police Department officer responded to Fred Meyers located at 2811 West 10th, in reference to a report of shoplifting. Upon further investigation and following collaboration with witnesses, to include loss prevention officers, Mr. Stickley was alleged to have participated in the theft |

of items from the store by leaving prematurely, and prior to the other two suspects involved in the conduct, to stage a vehicle at the front of the establishment. The parties were then confronted by loss prevention officers during their departure from the store, at which time Mr. Stickley and another suspect drove off, and a second third party was taken into custody.

The identified merchandise involved in the conduct was valued at $891. It should be noted that the conduct as alleged herein was the original shoplifting call for service referenced in the previous petition submitted to the Court on March 4, 2019, at which time it was reported that law enforcement had responded to a shoplifting call in which Mr. Stickley was deemed to be involved. Mr. Stickley was subsequently arrested on February 27, 2019, for the conduct as alleged in the petition dated March 4, 2019; however, the reports as referenced herein were not available for review at the time the previous petition was drafted.

According to Court records, Mr. Stickley is currently set to appear for court proceedings relative to this charge on May 22, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 9, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Edward F. Shea

Signature of Judicial Officer

May 13, 2019

Date