PROB 12C
(6/16)

Report Date: November 5, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

11/5/19

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Eric Stickley | Case Number: 0980 4:16CR06015-EFS-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 5, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 33 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (May 28, 2019) | Prison - 12 Months and 1 Day TSR - 18 Months | |
| Asst. U.S. Attorney: | Meghan M. McCalla | Date Supervision Commenced: October 29, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: April 28, 2021 |

## PETITIONING THE COURT

To issue a **WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |
| 2 | **Special Condition #3**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: Mr. Stickley is alleged to have violated standard condition number 1 and special condition number 3, by failing to report to the U.S. Probation Office in Spokane, within 72 hours and by failing to report to the Spokane RRC respectively, following his release from custody.

Prob12C
**Re: Stickley, David Eric**
**November 5, 2019**
**Page 2**

Specifically, on October 29, 2019, Mr. David Eric Stickley released from Bureau of Prisons custody in Atwater, California. Due to the client's current state of homelessness, and given his conditions of supervised release as imposed by the Court, a bed date at the Spokane Residential Reentry Center (RRC) was sought and secured for the client effective October 30, 2019, to allow for sufficient travel time to arrive at the facility.

On October 30, 2019, a voice mail was received from the client in which he indicated he would be unable to arrive in Spokane consistent with his assigned itinerary given the wildfires in California. The client advised he had additionally reached out to the Spokane RRC to advise them of the identified delay in travel.

Mr. Stickley has since failed to contact or report to the U.S. Probation Office in Spokane or the Spokane RRC as required and, as a result, his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 5, 2019

s/Chris Heinen

Chris S. Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[XX]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

November 5, 2019
Date